Gustav Hoffman, appellant, v. John H. McGeary et al., appellees. Gen. No. 33,986.

Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Frederick A. Gariepy, for appellant. Timothy J. Fell, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Gust Gross, appellee, v. Joseph Rylko, appellant. Gen. No. 34,006.

Opinion filed March 17, 1930.

Hutson & Traeger, for appellant; John D. Bolger, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Harry Schwartz et al., plaintiffs in error. Gen. No. 33,654.

O'Connor, J., took no part in this decision. Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Nash & Ahern, for plaintiffs in error. John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Rutherford & Harding, Inc., appellant, v. Paul P. Brandl, appellee. Gen. No. 33,745.

Opinion filed March 17, 1930.

Moses, Kennedy, Stein & Bachrach, for appellant; Hamilton Moses and Arthur Magid, of counsel. Wm. N. Brady, for appellee; Samuel J. Nordorf and Royal J. Schmidt, of counsel.

Mr. Justice Matchett delivered the opinion of the court.